# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **RONDEVOO TECHNOLOGIES, LLC**<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**VISIOPHARM CORPORATION,**<br><br>　　　　　　Defendant. | Civil Action No. 1:19-cv-02263-RBJ<br><br>**TRIAL BY JURY DEMANDED** |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Rondevoo Technologies, LLC and Defendant Visiopharm Corporation, by and through their undersigned counsel, and subject to the approval of this Court, hereby file this Joint Stipulation of Dismissal WITH PREJUDICE with each party to bear its own costs, expenses and attorneys' fees. In support thereof, the parties respectfully inform this Court that all matters in controversy between them have been settled.

| | |
|---|---|
| Dated:  December 19, 2019<br><br>OF COUNSEL:<br><br>Howard L. Wernow<br>SAND, SEBOLT & WERNOW CO., LPA<br>Aegis Tower - Suite 1100<br>4940 Munson Street, N. W.<br>Canton, Ohio 44718<br>Phone: 330-244-1174<br>Fax: 330-244-1173<br>howard.wernow@sswip.com | BUDO LAW, P.C.<br>*/s/ Kirk J. Anderson*<br>Kirk J. Anderson (SBN 289043)<br>5610 Ward Road – Suite 300<br>Arvada, Colorado 80002<br>Phone: 720-225-9440<br>Fax: 720-225-9331<br>kanderson@budolaw.com<br><br>**ATTORNEYS FOR PLAINTIFF** |

        HOLLAND & HART
*/s/ Timothy P. Getzoff*
Timothy P. Getzoff
1800 Broadway – Suite 300
Boulder, Colorado 80302
Phone: 303-473-2734
Fax: 303-473-2720
TGetzoff@hollandhart.com

**ATTORNEY FOR DEFENDANT**

SO ORDERED this _____ day of _____, 2019

_____
United States District Court Judge

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on December 19, 2019, a true and correct copy of the above and foregoing document was served on all counsel of record who is deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served via electronic mail.

                                         */s/*_____
                                         Kirk J. Anderson